UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No. 24-CR-126

ROBERT H. HILL,

    Defendant.

## REPORT AND RECOMMENDATION

On November 8, 2024, defendant Robert H. Hill appeared before me pursuant to Federal Rule of Criminal Procedure 11. Hill entered a plea of guilty to count one and two of the indictment.

After cautioning and examining Hill under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Hill's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Hill be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections

are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 8th day of November, 2024.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:24-cr-00126-JPS   Filed 11/08/24   Page 2 of 2   Document 53